FEAREY, Respondent, v. NEW YORK TELEPHONE CO., Appellant. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) Action by George A. Fearey against the New York Telephone Company. No opinion. Judgment and order unanimously affirmed, with costs.

FEE SIMPLE REALTY CO., Respondent, v. MIDDLETOWN REALTY CO. et al., Appellants. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the Fee Simple Realty Company against the Middletown Realty Company and others. J. D. Connolly, of New York City, for appellants. J. L. Prager, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re FEINBLATT. (Supreme Court, Appellate Division, First Department. October 31, 1913.) In the matter of Sigmund Feinblatt, an attorney. No opinion. Referred to official referee. Settle order on notice.

FERRERRA v. CONSOLIDATED TELEGRAPH & ELECTRICAL SUBWAY CO. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Ciro Ferrerra against the Consolidated Telegraph & Electrical Subway Company. No opinion. Motion granted, with $10 costs. Order filed.

FIRESTONE TIRE & RUBBER CO. OF NEW YORK, Respondent, v. DIXON MOTOR CAR CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by the Firestone Tire & Rubber Company of New York against the Dixon Motor Car Company. No opinion. Interlocutory judgment affirmed, with costs.

FISH, Appellant, v. DELAWARE, L. & W. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by George D. Fish against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion granted, the court certifying that there are questions of law involved therein which ought to be reviewed by the Court of Appeals. See, also, 143 N. Y. Supp. 365.

FLETCHER et al. v. 416 WEST THIRTY-THIRD ST. REALTY CO. et al. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Austin B. Fletcher and others, as trustees, etc., against the 416 West Thirty-Third Street Realty Company and others. F. Hulse, of New York City, for appellants. B. H. Arnold and D. Bernstein, both of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements to respondent H. G. Vogel Co. Order filed. See, also, 152 App. Div. 943, 137 N. Y. Supp. 1120.

FOLSOM, Appellant, v. COLLINS, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Chester J. Folsom, Jr., against Eva E. Collins, as executrix, etc. No opinion. Judgment affirmed, with costs.

FOLZ, Respondent, v. FOLZ, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Viola Folz against William H. Folz. B. F. Gerding, of New York City, for appellant. H. Wintner, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 146 App. Div. 942, 131 N. Y. Supp. 1115.

FOSTER, Appellant, v. THOUSAND ISLAND PARK ASS'N, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Silas W. Foster against the Thousand Island Park Association. No opinion. Motion for leave to appeal to Court of Appeals (from 156 App. Div. 925, 141 N. Y. Supp. 1119) denied, with $10 costs.

FOSTER v. WAIT. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by George H. D. Foster against John C. Wait. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed. See, also, 151 App. Div. 933, 136 N. Y. Supp. 209.

FOURTH NAT. REALTY CO., Respondent, v. GOODALE et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) Action by the Fourth National Realty Company against Josiah H. Goodale and others. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 157 App. Div. 936, 142 N. Y. Supp. 1118.

In re FOWLER'S WILL. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) In the matter of proving the will of Elizabeth H. Fowler, deceased.

PER CURIAM. Decree affirmed, with costs.

ROBSON, J., not sitting.

FOWLSTON, Respondent, v. HATHAWAY, Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Stanley J. Fowlston against Azariah J. Hathaway.

PER CURIAM. Motion denied. See, also, 157 App. Div. 883, 141 N. Y. Supp. 1119.

LYON, J., not sitting.

FOX et al. v. PROCTOR. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Hugh L. Fox and others against Frederick F. Proctor. No opinion. Application granted. Order signed.

FREET v. STANDARD SCALE & SUPPLY CO. (Supreme Court, Appellate Division, First

Department. October 17, 1913.) Action by Charles E. Freet against the Standard Scale & Supply Company. No opinion. Motion to dismiss appeal denied. Order filed. See, also, 143 N. Y. Supp. 1118.

FREET, Respondent, v. STANDARD SCALE & SUPPLY CO., Appellant. (Supreme Court, Appellate Division, First Department. November 14, 1913.) Action by Charles E. Freet against the Standard Scale & Supply Company. M. Mackenzie, of New York City, for appellant. W. R. Page, of New York City, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed. See, also, 143 N. Y. Supp. 1117.

FRICK, Respondent, v. BURNETT et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Belle Frick against Augustus E. Burnett, as executor, etc., and another.

PER CURIAM. Judgment reversed upon questions of law and fact, and judgment directed in favor of the defendants dismissing the complaint, with costs, including costs of this appeal. *Held,* that the motion for the dismissal of the complaint should have been granted. The finding that the plaintiff entered into a contract with defendant's testator to board and care for him, as found by the referee, is disapproved, and this court finds and decides that the evidence is insufficient to warrant any such finding, or that there is anything due or unpaid under any contract, express or implied, for the board of defendant.

FRIEDLANDER v. JOHN E. SULLIVAN CO. et al. (Supreme Court, Appellate Division, Second Department. October 10, 1913.) Action by Herman Friedlander against the John E. Sullivan Company and others.

PER CURIAM. Order of the County Court of Kings County affirmed, with $10 costs and disbursements.

RICH, J., not voting.

GEISENER, Appellant, v. McDONOUGH, Respondent. (Supreme Court, Appellate Division, First Department. November 7, 1913.) Action by William Geisener against John F. McDonough as treasurer. J. Hillquit, of New York City, for appellant. J. J. Coughlan, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 156 App. Div. 942, 141 N. Y. Supp. 1120.

GERMAN SAVINGS BANK v. WAGNER. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the German Savings Bank against Phillip Wagner, as committee, etc. No opinion. Motion to dismiss appeal denied, with $10 costs. Order filed. See, also, 157 App. Div. 921, 142 N. Y. Supp. 1119; 143 N. Y. Supp. 1118.

GERMAN SAVINGS BANK IN CITY OF NEW YORK, Respondent, v. WAGNER, Appellant. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by the German Savings Bank in the City of New York against Phillip Wagner, as committee, etc. T. O'Callaghan, of New York City, for appellant. P. S. Dean, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 143 N. Y. Supp. 1118.

GIBBS, Respondent, v. LUTHER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by Arthur Gibbs, a taxpayer of the city of Olean, against George H. Luther and others, as Commissioners of Public Works, etc., and others. No opinion. Order (81 Misc. Rep. 611, 143 N. Y. Supp. 90) affirmed, with $10 costs and disbursements. Held, that the proceeding to pave the street and charge the expense to the adjoining owners is unauthorized, without the petition required by the city charter.

In re GLASBERG. (Supreme Court, Appellate Division, First Department. November 14, 1913.) In the matter of Otto A. Glasberg. No opinion. Referred to official referee. Settle order on notice.

GOEWEY, Appellant, v. LONG, Respondent. (Supreme Court, Appellate Division, Fourth Department. July 8, 1913.) Action by Alfred R. Goewey, an infant, etc., against David D. Long. No opinion. Judgment and order affirmed, with costs.

GOLDBERG v. PEOPLE'S SURETY CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Benjamin Goldberg against the People's Surety Company of New York. No opinion. Motion denied, with $10 costs. Order filed.

In re GOODRICH. (Supreme Court, Appellate Division, Third Department. November 12, 1913.) In the matter of the examination of George G. Goodrich, judgment debtor, in proceedings supplementary to execution, upon the application of Nash Rockwood, a judgment creditor under a judgment recovered in an action entitled George G. Goodrich v. Nash Rockwood. No opinion. Order affirmed, with $10 costs and disbursements.

GORDON v. HARSTN & CO. et al. (three cases). (Supreme Court, Appellate Division, First Department. October 17, 1913.) Actions by Milton J. Gordon against Harstn & Co. and others. No opinions. Motions to dismiss appeals granted, with $10 costs. Orders filed.

GOROVOY v. WEST SIDE MASON CONTRACTING CO. (Supreme Court, Appellate Division, First Department. October 31, 1913.)